**4**

**CLEVELAND YELLOW CAB COMPANY and General Motors Acceptance Corporation v. Myrtle BROWN.**

Circuit Court of Appeals, Sixth Circuit. December 8, 1926.

No. 4646.

In Error to the District Court of the United States for the Northern District of Ohio; D. C. Westenhaver, Judge.

Squire, Sanders & Dempsey and John H. McNeal, all of Cleveland, Ohio, for plaintiffs in error.

Anderson, Lamb & Marsteller, J. J. Tetlow, and Robert E. Hyde, all of Cleveland, Ohio, for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.